Dismissed and Memorandum Opinion filed December 14, 2006








Dismissed
and Memorandum Opinion filed December 14, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00670-CV

____________

 

RUSSELL RAY BLAIR, Appellant

 

V.

 

FIESTA MART, INC. d/b/a FIESTA MART, Appellee

 



 

On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 04-28555

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed June 29, 2006.  The clerk=s record was filed on September 25,
2006.  No reporter=s record has been filed in this case.  Scotty Baldwin, the
official court reporter for the 127th District Court, informed this Court that
appellant had not made arrangements for payment for the reporter=s record.  On October 5, 2006, the
clerk of this court notified appellant that we would consider and decide those
issues that do not require a reporter=s record unless appellant, within 15
days of the notice, provided this court with proof of payment for the record.  See
Tex. R. App. P. 37.3(c). 
Appellant filed no reply. 








On
October 26, 2006, this court ordered appellant to file his brief on or before
November 27, 2006, or the appeal would be dismissed for want of prosecution. 
To date, no brief or motion for extension of time has been filed.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 14, 2006.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.